Dismissed and Memorandum Opinion filed June 16, 2005












Dismissed and Memorandum Opinion filed June 16, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00516-CV

____________

 

ORTHODONTIC
CENTERS OF AMERICA, INC., ET AL., Appellants

 

V.

 

LOCKE LIDDELL
& SAPP, L.L.P.; ROGER B. COWIE; BRIAN COLAO; GINA E. BETTS; LISA GENECOV;
LESTER H. KUPERMAN; LESTER H. KUPERMAN, D.D.S., M.S., INC.; LESTER H. KUPERMAN,
D.D.S., M.S., P.A.= MICHAEL D. HABERN; and HABERN
ORTHODONTIC ASSOCIATES, P.C., Appellees

 



 

On Appeal from the
61st District Court

Harris County, Texas

Trial Court Cause
No. 03-58483

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed May 19,
2004.  On May 26, 2005, the parties filed
a joint motion to dismiss the appeal because the parties have entered into a
settlement agreement.  See Tex. R. App. P. 42.1.  The motion is granted.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed June 16, 2005.

Panel consists of Justices
Edelman, Seymore and Guzman.